Form 226 – 3004claimntc.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 06−16227−DHS
        Chapter: 13
        Judge: Donald H. Steckroth

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joan M. Bono
   aka Joan Andrascik
   18A Summer Street
   Passaic, NJ 07055

Social Security No.:
   xxx−xx−4177

Employer's Tax I.D. No.:

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Marie−Ann Greenberg the Trustee in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 10/13/06 .

Summer Court Condos


Dated: October 16, 2006
JJW: clb

                                          James J. Waldron
                                          Clerk